# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
  Roger W. Kirby
  Alice McInerney

March 2, 2015

**VIA HAND DELIVERY AND ECF**

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re:   *In re: North Sea Brent Crude Oil Futures Litig.*, No. 13-md-02475-ALC

Dear Judge Carter:

On behalf of the Derivative Trader Plaintiffs in the above-referenced action, pursuant to Rule 1.G. and 2.C. of Your Honor's Individual Practices, enclosed please find a courtesy copy of the Second Amended Consolidated Class Action Complaint (ECF No. 308).

Respectfully submitted,

 /s/ *David E. Kovel*

David E. Kovel

*Interim Lead Counsel for Plaintiffs
and the Proposed Class*

Cc:   Counsel of Record (via email without enclosure)

Enc. (1)